```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

| | |
|---|---|
| REGINALD FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 12-2821-JTF/tmp |
| | ) |
| NEW BREED LOGISITICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER OF DISMISSAL

Based on the Joint Stipulation of Dismissal with prejudice entered by the parties on March 26, 2014, DE [43], the Court orders this case dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED** this 31st day of March, 2014.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE